UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>SARCO-Hernandez, Oliver<br><br>　　　　　　Defendant. | Magistrate Case No. '08 MJ 0773<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326;<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about, **October 06, 2007**, within the Southern District of California, defendant, **SARCO-Hernandez, Oliver**, an alien who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States without the Attorney General of the United States, or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **11th** DAY OF **March 2008.**

_____
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
NAME: SARCO-Hernandez, Oliver

## PROBABLE CAUSE STATEMENT

On or about October 06, 2007 the defendant, identified as SARCO-Hernandez, Oliver was arrested by Customs and Border Protection (Border Patrol) in violation of Penal Code 3056, "Violation of Parole". The defendant was booked into San Diego County Jail. Subsequently the Border Patrol Agent determined the defendant to be a citizen of Mexico, placed a Form I-247 "Immigration Detainer" pending his release. After having been sentenced for the violation the defendant was referred to the custody of Donovan State Prison. On Monday 10, 2008, the defendant was referred to Immigration and Customs Enforcement custody. Subsequently, Immigration Enforcement Agent Patrick Amos reviewed various sources of information and conducted official record checks in regards to the defendant confirming him to be a citizen of Mexico having been previously removed from the United States.

A thorough review of official immigration computer database record checks and information contained in the Alien Registration file revealed that the defendant was most recently ordered removed from the United States by an Immigration Judge on August 13, 1993, and physically removed to Mexico on August 14, 1993 via the San Ysidro Port of Entry. His most recent Order of Removal by an Immigration Judge was on August 01, 2005 and physically removed on August 01, 2005 via the Calexico Port of Entry. Furthermore, that the defendant's order of removal was reinstated three more times and physically removed to Mexico. Record checks also indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System "IDENT" and Automated Fingerprint identification System "IAFIS" were utilized and compared the defendant's fingerprints to those contained in this database. The results confirmed the defendant's identity as SARCO-Hernandez, Oliver, a citizen and national of Mexico. A photograph and a set of fingerprints contained within the official Alien Registration File were also reviewed and compared to the defendant, further confirming his identity.

All information indicates that the defendant is a citizen of Mexico having been previously removed and has no legal right to enter or reside in the United States.

Based upon the foregoing information, there is probable cause to believe that SARCO-Hernandez, Oliver has illegally re-entered the United States after Deportation, in violation of Title 8 of the United States Code 1326, Deported Alien Found in the United States.